

amcandrew@hnrklaw.com

July 26, 2021

Via ECF

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, NY 10007

Memo Endorsed: The conference scheduled for September 9, 2021 is adjourned <u>sine die</u>.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: July 27, 2021

**Re:** *A.W., individually and on behalf of J.W., a child with a disability, v. New York City Department of Education,* 20-CV-07645 (PGG)

Dear Judge Gardephe:

This firm represents the Defendant in the above-referenced action. I write to respectfully inform the Court that the parties have reached a settlement in principle.

Therefore, we respectfully request that the initial conference set for September 9, 2021 at 9:30 AM and all other deadlines and appearances be canceled. The parties will be filing a stipulation of settlement in short order.

Thank you for your consideration of this request.

Respectfully submitted,

Amory W. McAndrew

CC: Kevin Mendillo (via ECF)